1   Abran E. Vigil, Esq.
    Nevada Bar. No. 7548
2   Maria A. Gall, Esq.
    Nevada Bar No. 14200
3   Lindsay C. Demaree, Esq.
    Nevada Bar No. 11949
4   Kyle A. Ewing, Esq.
    Nevada Bar. No. 14051
5   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
6   Las Vegas, Nevada 89135
    Telephone: (702) 471-7000
7   Facsimile: (702) 471-7070
    vigila@ballardspahr.com
8   gallm@ballardspahr.com
    demareel@ballardspahr.com
9   ewingk@ballardspahr.com

10  *Attorneys for JPMorgan Chase Bank, N.A.*

11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. | Case No. 2:17-cv-00335-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation, SAGECREEK AT BRUCE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, and STEPHANIE WYNN, and individual, | **(First Request)** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross-Claimant | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., and STEPHANIE C. WYNN, an individual, | |
| Counter/Cross-Defendants. | |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") ( together with Chase, the "Parties"), through their respective attorneys, stipulate as follows:

1.      On or about December 18, 2017, the Court entered an order extending the scheduling order deadlines, which set the deadline to complete discovery for March 12, 2018 and the deadline to file dispositive motions for April 11, 2018 (ECF No. 34).

2.      The Parties have since come to an agreement and are in the process of finalizing settlement.

3.      Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with litigation, including dispositive motions, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

4.      The Parties anticipate that it may take approximately 90 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

*[Continued on the following page]*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17548036 v1

1      5.     The Parties make this stipulation in good faith and not for purposes of

2 delay.

3     Dated: March 15, 2018

4 BALLARD SPAHR LLP                 KIM GILBERT EBRON

5

6 By: /s/ Lindsay Demaree             By: /s/ Karen Hanks
     Abran E. Vigil                     Diana S. Ebron

7      Nevada Bar. No. 7548             Nevada Bar No. 10580
     Maria A. Gall                      Jackie A. Gilbert

8      Nevada Bar No. 14200             Nevada Bar No. 10593
     Lindsay C. Demaree                Karen Hanks

9      Nevada Bar No. 11949             Nevada Bar No. 9578
     Kyle A. Ewing                     7625 Dean Martin Dr., Suite 110

10      Nevada Bar. No. 14051            Las Vegas, Nevada 89014
     1980 Festival Plaza Drive, Suite 900

11      Las Vegas, Nevada 89135

12 *Attorneys for JPMorgan Chase Bank,*    *Attorneys for SFR Investments Pool 1,*
*N.A.*                                          *LLC*

13

14                                   **ORDER**

15     **IT IS SO ORDERED:**

16

17 DATED: this 30 day of March, 2018.

18                         Gloria M. Navarro, Chief Judge
                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17548036 v1

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 15, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was sent to the following parties via U.S. Mail at the following addresses:

Sagecreek at Bruce Homeowners' Association
c/o Complete Association Management Company, LLC, registered agent
P. O. Box 400518
Las Vegas, NV 89140

Stephanie C. Wynn
8777 Maule Avenue, Unit 1167
Las Vegas, NV 89148

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

4

DMWEST #17548036 v1