Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.

Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation, SAGECREEK AT BRUCE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, and STEPHANIE WYNN, and individual,

Defendants.

SFR INVESTMENTS POOL 1, LLC,

Counter/Cross-Claimant

vs.

JPMORGAN CHASE BANK, N.A., and STEPHANIE C. WYNN, an individual,

Counter/Cross-Defendants.

Case No. 2:17-cv-00335-GMN-PAL

**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 30, 2018**

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), (together with Chase, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 1409 Groom Avenue, Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on June 11, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20100126-0004636 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice;

4. As neither Sagecreek at Bruce Homeowners Association (the "HOA") nor Stephanie C. Wynn answered or appeared in this action, Chase hereby voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

2. This Stipulation in no way affects SFR's cross-claim against Stephanie C. Wynn;

3. The Parties further stipulate and agree that the $500 in security costs posted by Chase on May 31, 2017, pursuant to this Court's Order [ECF No. 15] shall be discharged and released to the Ballard Spahr LLP Trust Account;

4. The Parties further stipulate and agree that the three Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20140428-0002410, 20170329-0001479, and 20170622-0001308 be, and the same hereby are, EXPUNGED;

5. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

6. The Parties further agree to lift the stay entered March 30, 2018 [ECF No. 36];

7. This case shall remain open until such time as SFR resolves its pending cross-claim against Stephanie C. Wynn; and

10. Each party in this case number 2:17-cv-00335-GMN-PAL shall bear its own attorneys' fees and costs.

Dated: December 4, 2018

BALLARD SPAHR LLP

By: /s/ Kyle A. Ewing
Abran E. Vigil
Nevada Bar. No. 7548
Maria A. Gall
Nevada Bar No. 14200
Lindsay C. Demaree
Nevada Bar No. 11949
Kyle A. Ewing
Nevada Bar. No. 14051
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
Diana S. Ebron
Nevada Bar No. 10580
Jackie A. Gilbert
Nevada Bar No. 10593
Karen Hanks
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

DATED this 12 day of December, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070